994

No. 92–7349. BYRD *v.* BEARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–7350. BAUGE *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7361. MURO-JUAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7368. COOPER *v.* LOMBARDI ET AL. Cir. Ct. Cole County, Mo. Certiorari denied.

No. 92–7373. ZIEBARTH *v.* FEDERAL LAND BANK ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7376. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7381. ALOI *v.* WARD. Sup. Ct. Ohio. Certiorari denied.

No. 92–7385. HARGROVE *v.* MORRIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7392. SYLVESTRE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–7393. COOPER *v.* HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7396. HARVEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7400. CLARKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7401. ESNAULT *v.* COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7405. FOSTER *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 92–7407. HALLORAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7414. RUSSELL *v.* PUCKETT, DIRECTOR, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.